**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 03-6749**

―――――――――

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DEMOND O'NEIL PARKER,

                              Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Norman K. Moon, District Judge. (CR-99-54, CA-01-491)

―――――――――

Submitted:  October 23, 2003        Decided:  October 30, 2003

―――――――――

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Demond O'Neil Parker, Appellant Pro Se. Anthony Paul Giorno, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Demond O'Neil Parker seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, ___, 123 S. Ct. 1029, 1039 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Parker has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2